**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **Plaintiff** | : | |
| | : | |
| **vs.** | : | **C.R. NO.: 06-60S** |
| | : | |
| **DAVID GALLAGHER** | : | |
| **Defendant** | : | |

**DEFENDANT'S MOTION TO CONTINUE**

Now comes the Defendant, David Gallagher, by and through counsel, and hereby moves this Honorable Court to continue the above entitled matter for trial. As grounds for this motion, Defendant states that he has repeatedly requested discovery from the United States Attorney's Office. Defense counsel has contacted the Assistant United States Attorney assigned to this matter, but has not yet received any information necessary to properly evaluate the charges in this case.

Accordingly, defendant asks that this matter be continued to the July trial calendar call. Defendant notes and agrees that any delay incurred as a result of this motion is excludable for purposes of the Speedy Trial Act.

THE DEFENDANT
By his attorney,

Thomas G. Briody #4427
72 Pine Street, 1st Floor
Providence, RI 02903
Tel: (401) 751-5151
Fax: (401) 331-7454
Dated: 6-12-06

CERTIFICATION

I hereby certify that a true copy of the within was mailed to Mary Rogers, AUSA, U.S. Attorney's Office, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903 on this 12th day of June, 2006.

[signature]