**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Cr. No. 06-060S** |
| | : | |
| | : | **Violation of 21 U.S.C. § 851** |
| **v.** | : | |
| | : | |
| | : | |
| **DAVID GALLAGHER** | : | |

**INFORMATION CHARGING PRIOR CONVICTIONS**

I, Robert Clark Corrente, United States Attorney for the District of Rhode Island, do accuse the Defendant, DAVID GALLAGHER, who was charged by the United States Grand Jury in the District of Rhode Island on the 10th day of May, 2006 in Count One of the indictment with possession with intent to distribute 9.5 grams of cocaine base, in violation of 21 U.S.C. § 841(a)(1)&(b)(1)(B), of having been previously convicted of a felony drug offense as described below:

1. On or about January 11, 1996, DAVID GALLAGHER, was convicted in Newport County (Rhode Island) Superior Court (case number N2/95-0526A) of two counts of conspiracy to violate the controlled substance act, five counts of manufacture and delivery of a controlled substance, and one count of manufacture and delivery of a controlled substance near a school, felony drug offenses under state law, and was sentenced to a term of 12 years imprisonment with 111 months suspended.

WHEREFORE, the United States of America gives notice under 21 U.S.C. § 851 that Defendant DAVID GALLAGHER, has a previous

conviction for a felony drug offense and therefore is subject to a fine of not more than four million dollars, a term of imprisonment of not less than ten years and not more than life imprisonment, and a term of supervised release of at least eight years on Count One of the Indictment.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

SANDRA R. BECKNER
Assistant U.S. Attorney

Certificate of Service

I hereby certify that on the 22nd day of June, 2006, a copy of the within "Information Charging Prior Convictions" was mailed, postage prepaid, to Mr. Thomas G. Briody, 72 Pine Street, 1st Floor, Providence, RI 02903.