IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

FILED
JUL 10 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
)
v. ) Cr. No. 06-60S
)
DAVID GALLAGHER )

7/11/06: GRANTED.

USMJ

GOVERNMENT'S REQUEST FOR AN EXTENSION TO FILE A RESPONSE TO DEFENDANT'S MOTION TO COMPEL

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Sandra R. Beckner, Assistant United States Attorney, and hereby moves the Court for an extension of time of one day in which to file a response to Defendant's motion to compel.

For cause, the undersigned Assistant states that Defendant's motion was not received by the United States Attorney's Office until July 5, 2006. The undersigned was on leave on that day and did not receive Defendant's motion until July 6, 2006. Furthermore, the hearing to address this matter is not scheduled until Thursday, July 13, 2006, and the undersigned Assistant is preparing for trial in the upcoming case of United States v. Diaz, CR06-19ML.

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☒ for determination
☐ ______
William E. Smith, Di[redacted]ge
Date: 7/11/06