**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **Plaintiff** | : | |
| | : | |
| **vs.** | : | **C.R. NO.: 06-60S** |
| | : | |
| **DAVID GALLAGHER** | : | |
| **Defendant** | : | |

**DEFENDANT'S MOTION TO CONTINUE**

Now comes the Defendant, David Gallagher, by and through counsel, and hereby moves this Honorable Court to continue the above entitled matter for trial. As grounds for this motion, counsel is presently investigating the charges against the Defendant and is seeking additional information and discovery. Defendant may also file at least one pre-trial motion. The Assistant United States Attorney does not object to a continuance.

Accordingly, defendant asks that this matter be continued to the September trial calendar call. Defendant notes and agrees that any delay incurred as a result of this motion is excludable for purposes of the Speedy Trial Act.

THE DEFENDANT
By his attorney,

Thomas G. Briody
Thomas G. Briody #4427
72 Pine Street, 1st Floor
Providence, RI 02903
Tel: (401) 751-5151
Fax: (401) 331-7454
Dated: 7-14-06

CERTIFICATION

I hereby certify that a true copy of the within was faxed/mailed to Sandra Beckner, AUSA, U.S. Attorney's Office, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903 on this 14th day of July, 2006.