**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**vs.** **CR. No. 06-60S**

**DAVID GALLAGHER**

**MOTION FOR CONTINUANCE**

Now comes the defendant, by and through counsel, and moves this honorable court for a continuance to the next trial calendar call. As grounds for this motion, the defendant states that he has filed a motion to suppress evidence, that said motion will require an evidentiary hearing, and that defendant anticipates that the resolution of this motion will likely affect the disposition of this case, and may obviate the need for trial preparation. The defendant agrees that any time delay incurred by the granting of this motion shall be deemed excludable for purposes of the Speedy Trial Act. For these reasons, the motion should be granted.

DAVID GALLAGHER
By his attorney,

_/s/ Thomas G. Briody_

R.I. Bar no. 4427
72 Pine Street
Providence, RI 02903
(401) 751-5151
(401) 331-7454 (facsimile)
Tbriodylaw@aol.com

CERTIFICATION

The undersigned certifies that on this 18th day of August, 2006, the defendant mailed a true copy of this motion for continuance to Sandra Beckner, Assistant United States Attorney, Bank of America Center, Providence, RI 02903, by first class mail, and filed the document electronically, where it may be viewed and downloaded via the ECF system.

/s/ Thomas G. Briody