EXHIBIT 1

RIGHTS

I, David I. Gallagher (10-19-70), am a suspect in the crime(s) of Delivery of Crack Cocaine, Poss of Crack Cocaine / Intent

D.G. 1. I have the right to remain silent. I do not have to give a statement or answer any questions.

D.G. 2. If I give up my right to remain silent, anything I say can and will be used against me in a Court of Law.

D.G. 3. I have the right to the presence of a lawyer and to talk with a lawyer before and during any questioning.

D.G. 4. If I cannot afford a lawyer and I want a lawyer, a lawyer will be appointed for me at no cost to me before any questioning.

D.G. 5. If I do talk to the police, I can stop at any time.

The police have made no threats or promises to me.

I understand my rights: YES √ NO ____

[signature]
Signature

Address

[signature] #194

Officer(s) advising suspect of his rights.

Police Department: Newport Police Dept / DEA

Time: 6:15 pm

Date: 5/16/06

Place: Newport P.D.