AO 89 (Rev. 11/91) Subpoena in a Criminal Case

# United States District Court

DISTRICT OF Rhode Island

United States of America

V.

David Gallagher

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: 06-60S

TO: Mayur Patel
Pineapple Inn
372 Coddington Highway
Newport, RI 02840

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| United States District Court<br>One Exchange Terrace<br>Providence, RI 02903 | 2 |
| | DATE AND TIME |
| | September 18, 2006 2:30 pm |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

Records reflecting the rental of room 117 at the Pineapple Inn for the week of May 16, 2006

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| [signature]<br>(By) Deputy Clerk | 9/8/06 |

Thomas G. Briody (401) 751-5151
72 Pine Street, 1st Floor, Providence, RI 02903
ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | 9/14/06 | 2 EXCHANGE TERR. PROV. R.I |
| SERVED | 9/17/06 | 372 CODDINGTON HIGHWAY, NEWPORT, RI |

| | |
|---|---|
| SERVED ON (PRINT NAME)<br>MAYUR PATEL - OWNER MANAGER | FEES AND MILEAGE TENDERED TO WITNESS<br>☐ YES ☐ NO AMOUNT $ |
| SERVED BY (PRINT NAME)<br>CLIFTON A MOORE JR | TITLE<br>CI-DUSM |

FILED
2006 SEP 19 A 11:52
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 9/17/06
Date

C.A Moore
Signature of Server

2 EXCHANGE TERRACE, PROV. R.I
Address of Server

ADDITIONAL INFORMATION

C Patel 9/17/06