AO 89 (Rev. 11/91) Subpoena in a Criminal Case

# United States District Court

DISTRICT OF Rhode Island

United States of America

v.

David Gallagher

## SUBPOENA IN A CRIMINAL CASE

CASE NUMBER: 06-60S

TO: Nina Stanley
66-A ~~Dr. Marcus Wheatland Road~~ EQUITY PARK RD
Newport, RI 02840

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM / DATE AND TIME |
| --- | --- |
| United States District Court<br>One Exchange Terrace<br>Providence, RI 02903 | COURTROOM: 2<br>DATE AND TIME: September 18, 2006 2:30 pm |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
| --- | --- |
| (signature)<br>(By) Deputy Clerk | 9/8/06 |

Thomas G. Briody (401) 751-5151
72 Pine Street, 1st Floor, Providence, RI 02903
ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | | |
| SERVED | | |

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS<br>☐ YES ☐ NO AMOUNT $______ |
|---|---|
| SERVED BY (PRINT NAME) | TITLE |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on ____________
*Date*

____________
*Signature of Server*

____________
*Address of Server*

ADDITIONAL INFORMATION

NOT HOME 1552 HRS 9/17/06 C. MOORE