Government - Sandra Beckner
Defendant - Thomas Briody

Judge: William E. Smith
CR: Angela Clayton



AO 187A (4/82)

**EXHIBIT AND WITNESS LIST – CONTINUATION**

USA vs. David Gallagher — DOCKET NO. CR 06-60S

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | 9/18/06 |
| | | | | | W-1 Agent Michael Naylor |
| 1 | | 9/18/06 | | Full | Rights form. |
| 2 | | | | Full | TAPE. |
| 3 | | | | Full | Recorded Interview TRanscript. |
| 4 | | | | Full | Statement of the Defendant. |
| | A | | | Full | Picture of Parking lot. |
| | B | | | Full | Photo of Parking lot |
| | C | | | Full | Photo of door (Room 117) |
| | | | | | 9/19/06 |
| | D | 9/19/06 | ID | Full | Report. |
| | | | | | W-2 Joseph Anthony Colanduono |
| | E | | | Full | Photo of Parking lot w/marking (X) |
| | | | | | W-3 Mayur Patel |
| | F | | ID | | Photo of outside of motel w/ Flag. |
| | | | | | W-4 Nina Stanley. |

AO 187A (4/82)

# EXHIBIT AND WITNESS LIST – CONTINUATION

VS. | DOCKET NO.

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | W-5 Daniel MacIsaac. |
| | | | | | W-6 Kathy Kelleher |
| | | | | | 9/21/06 |
| | | | | | W-7 Lori Kintner |
| | G | | ✓ | Full | Picture of Witness 7 outside the office |
| | H | | ✓ | Full | Picture of View of desk showing outside of Parking lot. |
| | I | | ✓ | Full | Picture of Witness 7 (Lori Kintner) |
| | | | | | W-8 Daniel Morrison |
| | | | | | W-9 David Gallagher |