AO 89 (Rev. 11/91) Subpoena in a Criminal Case

# United States District Court

DISTRICT OF Rhode Island

United States of America

V.

David Gallagher

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: 06-60S

TO: Lori Kintner
Clerk, Pineapple Inn
372 Coddington Highway
Newport, RI 02840

[x] YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| United States District Court<br>One Exchange Terrace<br>Providence, RI 02903 | 2 |
| | DATE AND TIME<br>~~September 18, 2006 2:30 pm~~<br>SEPTEMBER 21, 2006 @ 2:30 P.M. |

[ ] YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (By) Deputy Clerk | 9/8/06 |
| Thomas G. Briody (401) 751-5151<br>72 Pine Street, 1st Floor, Providence, RI 02903<br>ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER: | |

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | | |
| SERVED | 9/20/06 | PINEAPPLE INN NEWPORT, RI |

FILED
2006 SEP 19 A 11:52
DISTRICT COURT
DISTRICT OF RHODE ISLAND

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS |
|---|---|
| LORI KINTNER | ☐ YES ☐ NO AMOUNT $ |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| JOHN CINQUEGRANA | DEO USMS D/RI |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 9/20/06 (Date) [signature] (Signature of Server)

2 EXCHANGE TERR. PROV.
Address of Server

ADDITIONAL INFORMATION

WORKS 3-11
MONDAY - THURSDAY
FRIDAY 1-9

NOT HERE 9/17/06. 1515 HRS C. MOORE

FILED
2006 SEP 21 A 11:27
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND