**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**vs.** **CR. No. 06-60S**

**DAVID GALLAGHER**

## MOTION FOR CONTINUANCE

Now comes the defendant, by and through counsel, and moves this honorable court for a continuance to the December trial calendar call. As grounds for this motion, the defendant states that the court has heard evidence on a motion to suppress evidence, and said motion is presently under advisement. The defendant agrees that any time delay incurred by the granting of this motion shall be deemed excludable for purposes of the Speedy Trial Act. For these reasons, the motion should be granted.

DAVID GALLAGHER
By his attorney,

_/s/ Thomas G. Briody_

R.I. Bar no. 4427
72 Pine Street
Providence, RI 02903
(401) 751-5151
(401) 331-7454 (facsimile)
Tbriodylaw@aol.com

CERTIFICATION

The undersigned certifies that on this 20th day of October, 2006, this motion was filed electronically, where it may be viewed and downloaded via the ECF system.

/s/ Thomas G. Briody