**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**vs.** **CR. No. 06-60S**

**DAVID GALLAGHER**

## NOTICE OF INTENTION TO CHANGE PLEA

Now comes the defendant, David Gallagher, by and through counsel, and notifies this honorable court of his intention to enter a change of plea to the charge in the indictment. Defendant requests a Rule 11 colloquy hearing at the court's earliest convenience.

DAVID GALLAGHER
By his attorney,

_/s/_Thomas G. Briody_

R.I. Bar no. 4427
72 Pine Street
Providence, RI 02903
(401) 751-5151
(401) 331-7454 (facsimile)
Tbriodylaw@aol.com

## CERTIFICATION

The undersigned certifies that on 16th of November, 2006, the undersigned transmitted a true copy of this motion to Sandra Beckner, Assistant United States Attorney, Bank of America Center, Providence, RI 02903, by electronic mail.

/s/ Thomas G. Briody