**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**vs.** **CR. No. 06-60S**

**DAVID GALLAGHER**

**MOTION FOR CONTINUANCE**
**OF SENTENCING**

Now comes the defendant, by and through counsel, and moves this honorable court to continue the scheduled March 16, 2007 sentencing date in this case until May, 2007. As grounds for this motion, the defendant avers and states as follows:

1. This case is presently scheduled for sentencing on March 16, 2007.
2. The defendant is subject to an enhanced sentence pursuant to 21 U.S.C. § 851 ("section 851").
3. The instant offense involves delivery of cocaine base.
4. As a result of the section 851 motion, the defendant faces a guideline sentencing range in excess of 262 months and a minimum sentence of 120 months.
5. The defendant expects to seek a departure or variance from the guideline sentencing range.
6. A significant factor to be considered by this court at sentencing is "the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct." 18 U.S.C. § 3553(a) (6).
7. On February 20, 2007, the United States Supreme Court heard oral argument in Claiborne v. United States, Dkt. No. 06-5618.

8. In Claiborne, the Supreme Court is being asked to determine whether a variance/departure that is 60% below the guideline range is reasonable, and whether a sentence that substantially varies from the guidelines must be justified by extraordinary circumstances.
9. Defendant is aware that this court is currently considering the issue of disparate sentences in the context of cases where a section 851 motion has been filed in United States v. Greene, Cr. No. 06-56S.
10. Greene has been continued for sentencing until April 27, 2007, and the parties are, upon information and belief, preparing briefs and arguments to address the questions raised by this court.
11. Defendant believes that the issues raised in Greene may be relevant to the court's sentencing determination in this case.
12. A continuance until May will likely give this court guidance from the Supreme Court in Claiborne.
13. Similarly, a continuance until May will permit this court to complete its analysis of the issues raised in Greene.
14. The defendant is presently in custody. There is not prejudice to the government as a result of this motion.

For all these reasons, Mr. Gallagher asks that this motion be GRANTED, and this matter continued for sentencing until a date in May, 2007.

DAVID GALLAGHER
By his attorney,

_/s/ Thomas G. Briody_

R.I. Bar no. 4427
72 Pine Street
Providence, RI 02903
(401) 751-5151
(401) 331-7454 (facsimile)
Tbriodylaw@aol.com

CERTIFICATION

The undersigned certifies that on this 5th day of March, 2007, the defendant transmitted a true copy of this memorandum to Sandra Beckner, Assistant United States Attorney, Bank of America Center, Providence, RI 02903, via the ECF system.

/s/ Thomas G. Briody