**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**vs.** **CR. No. 06-60S**

**DAVID GALLAGHER**

**MOTION FOR CONTINUANCE**
**OF SENTENCING**

Now comes the defendant, by and through counsel, and moves this honorable court to continue the scheduled May 18, 2007 sentencing date in this case until July, 2007. As grounds for this motion, the defendant avers and states as follows:

1. This case is presently scheduled for sentencing on May 18, 2007.
2. The defendant is subject to an enhanced sentence pursuant to 21 U.S.C. § 851 ("section 851").
3. The instant offense involves delivery of cocaine base.
4. As a result of the section 851 motion, the defendant faces a guideline sentencing range in excess of 262 months and a minimum sentence of 120 months.
5. The defendant expects to seek a departure or variance from the guideline sentencing range.
6. A significant factor to be considered by this court at sentencing is "the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct." 18 U.S.C. § 3553(a) (6).
7. On February 20, 2007, the United States Supreme Court heard oral argument in Claiborne v. United States, Dkt. No. 06-5618.

8. In Claiborne, the Supreme Court is being asked to determine whether a variance/departure that is 60% below the guideline range is reasonable, and whether a sentence that substantially varies from the guidelines must be justified by extraordinary circumstances.
9. Claiborne is still pending, and it had been hoped that a decision would be reached by the date of this filing. However, no decision has been issued by the court.
10. A continuance until July will likely give this court guidance from the Supreme Court in Claiborne.
11. The defendant is presently in custody. There is no prejudice to the government as a result of this motion.

For all these reasons, Mr. Gallagher asks that this motion be GRANTED, and this matter continued for sentencing until a date in July, 2007.

DAVID GALLAGHER
By his attorney,

_/s/ Thomas G. Briody_

R.I. Bar no. 4427
72 Pine Street
Providence, RI 02903
(401) 751-5151
(401) 331-7454 (facsimile)
Tbriodylaw@aol.com

CERTIFICATION

The undersigned certifies that on this 8th day of May, 2007, the defendant transmitted a true copy of this memorandum to Sandra Beckner, Assistant United States Attorney, Bank of America Center, Providence, RI 02903, via the ECF system.

/s/ Thomas G. Briody