IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
)
v. ) Cr. No. 06-60S
)
DAVID GALLAGHER )

GOVERNMENT'S OBJECTION TO DEFENDANT'S MOTION FOR CONTINUANCE

The government objects to a further continuance of the sentencing in this matter. The defendant has not set forth a sufficient justification for another continuance in this case.

United States v. Gallagher was indicted on May 10, 2006 with four other cases arising from the same narcotics investigation involving controlled purchases of crack cocaine from drug dealers in Newport, Rhode Island. Defendant Gallagher's case has been continued numerous times and he seeks another contiuance, while the sentencing hearings have been completed in the other four cases.

The defendant asks that his case be continued again because he believes the law might change. He references Claiborne v. United States, 06-5618, a case pending before the Supreme Court, and argues that the issues in that case somehow require that his case be continued until the Supreme Court rules. However, certiorari was granted in Claiborne to determine whether the sentence was reasonable and whether a variance from the guideline sentence must be justified by extraordinary circumstances. See

Claiborne v. United States, 439 F.3d (8th Cir. 2005), cert. granted, 127 S.Ct. 551 (2006). In the Eighth Circuit, the guidelines are presumptively reasonable. See id. This is not the rule in the First Circuit. See United States v. Jimenez-Beltre, 440 F.3d 514, 518 & n.2 (1st Cir. 2006). The defendant has not explained how the Court's resolution of Claiborne will affect his sentence, especially since the First Circuit does not require extraordinary circumstances to justify a substantial variance.

Federal prosecutions should not be placed on hold because the law may change. Accordingly, the government asks that the Court deny the defendant's motion to continue the sentencing in this case.

Respectfully submitted,

UNITED STATES OF AMERICA,

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U.S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email sandra.beckner@usdoj.gov

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on May 9, 2007, I caused the within "Government's Objection to Defendant's Motion for Continuance" to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Mr. Thomas Briody
72 Pine Street
Providence, RI 02903

/s/ SANDRA R. BECKNER

SANDRA R. BECKNER
Assistant U.S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email sandra.beckner@usdoj.gov