U.S. Department of Justice
Drug Enforcement Administration

## REPORT OF INVESTIGATION



1. Program Code

2. Cross File / Related Files

3. File No. [redacted]

4. G-DEP Identifier [redacted]

5. By: TFA Michael S. Naylor
At: Providence R/O

6. File Title Gallagher, David

7. ☐ Closed ☐ Requested Action Completed
☐ Action Requested By:

8. Date Prepared 06/19/06

9. Other Officers: S/A Cardello

10. Report Re: Post arrest debriefing of David Gallagher on 5-16-06.

**DETAILS**

1. As requested by AUSA Sandra Beckner, TFA Naylor was requested to write a detailed DEA6 regarding the post arrest statements of David Gallagher on 05-16-2006.
2. TFA Naylor spoke with David Gallagher for several moments at the time of the arrest, after being read his Miranda Rights. Gallagher gave consent to search his room at the Harbor Base Pineapple Motel. A quantity of drugs was seized as a result of Gallagher directing TFA Naylor to the location.
3. Gallagher was transported to the Newport Police department and processed.
4. TFA Naylor then took Gallagher to an interview room and read a Miranda Rights form to Gallagher and after reading the form Gallagher signed the form.
5. TFA Naylor spoke with Gallagher for approximately 30 minutes, during which Gallagher admitted to previously selling kilogram quantities of cocaine and being upset because he "got caught selling this petty amount". Gallagher continued to state that he was only selling to "get caught up on his bills". At one point during the conversation, after watching one of the video's, Gallagher stated "I knew he (the C/S) was working with the police, I remember seeing that van at Burger King. (referring to the controlled purchase on 3-31-2006), I kept thinking I should just kill him". Gallagher continued to state that "I would lie in bed thinking I should just kill him". TFA Naylor

11. Distribution:
Division NEFD / SARI
District
Other

12. Signature (Agent)
TFA Michael S. Naylor

13. Date
6-19-2006

14. Approved (Name and Title)
Dan MacIsaac
Group Supervisor

15. Date



DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION *(Continuation)* | 1. File No. [redacted] | 2. G-DEP Identifier [redacted] |
|---|---|---|
| 4. Page 2 of 2 | 3. File Title Gallagher, David | |
| 5. Program Code | 6. Date Prepared 06/19/06 | |

asked why you continued to sell to the C/S. Gallagher stated "I just knew I was done and wanted to keep making money".

6. At that point TFA Naylor took a break in the interview and left the room. At that point TFA Naylor relayed the statements made by Gallagher to Sgt. Steuer, G/S MacIsaac and other agents in the office. S/A Cardello stated he and Det. Rego were in the adjacent interview room, watching from the two-way mirror and were able to overhear the statements of Gallagher.
7. Shortly after TFA Naylor reentered the interview room with a tape recorder and conducted a tape recorded interview of Gallagher. TFA Naylor kept the questioning to areas regarding the elements of the controlled deliveries. Gallagher was comfortable speaking about those elements, TFA Naylor felt at that time if questioned regarding his intent or thoughts about harming the CS, Gallagher would stop talking or change his story.

**INDEXING**

David I. Gallagher AKA "Sincere" [redacted]



DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration
Neither it nor its contents may be disseminated outside the agency to which loaned.