**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**vs.** **CR. No. 06-60S**

**DAVID GALLAGHER**

# SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR DOWNWARD DEPARTURE OR VARIANCE FROM THE SENTENCING GUIDELINES

The government objects to any request for leniency for Mr. Gallagher and asks that he receive "a severe sentence." In support of this position the government argues (1) that Mr. Gallagher is a classic career offender; (2) that he is or was a member of a gang; and (3) that he is violent and discussed harming the informant and fighting police officers who might arrest him.

The defendant rests on his previous sentencing memorandum in response to the government's first argument.[1] With respect to his alleged violent statements the defendant has previously objected to the government's surplusage and moved to strike it from the Pre-Sentence Investigation report. Mr. Gallagher denies saying he thought of "killing" the informant, much less threatening him. Further, the government's agents have already testified that the defendant was arrested without incident, that he was unarmed, and gave them no trouble when taken into custody. Further, the government

[1] The defendant concedes that under guideline scoring he has 12 criminal history points, but maintains that this overstates his criminal history.

has relied heavily on a statement given by the defendant, deeming it voluntary and admissible. In this light, the defendant was highly cooperative with the police, belying the government's assertions.

The government further alleges that Mr. Gallagher was a member of a "gang" called the Five Percenters, and that he discussed raising his children as Five Percenters. Mr. Gallagher denies ever belonging to a gang. The Five Percenters, also known as the Nation of Gods and Earths, is a quasi-religious movement founded by Clarence Jowars Smith. Mr. Smith, who was known by followers as "Clarence 13X", was a Korean War Veteran and former member of the Nation of Islam. The Five Percenters movement was "intended to be a free-flowing tributary of the Nation of Islam." Patrick v. Lefevre, 745 F.2d 153, 154 (2d Cir. 1984). The movement is popular on the east and west coasts, and members of several urban hip hop music groups adhere to Five Percenter theology. The Five Percenters has an official website located at www.allahsnation.net. While the organization has been associated with black power, its website specifically denies that the organization is a hate group, a gang, or religion.

The government's claim that Mr. Gallagher is a member of a "gang" who wants to raise his children in a gang culture is inaccurate and unfairly prejudicial. Apart from the fact that Mr. Gallagher expressed interest in and support for Five Percenter beliefs, the government has produced nothing to suggest that this creates a risk of further violence or recidivism. Mr. Gallagher should not be penalized because he has expressed interest in a religious and spiritual organization.

DAVID GALLAGHER
By his attorney,

_/s/ Thomas G. Briody_

R.I. Bar no. 4427
72 Pine Street
Providence, RI 02903
(401) 751-5151
(401) 331-7454 (facsimile)
Tbriodylaw@aol.com

CERTIFICATION

The undersigned certifies that on this 17th day of May, 2007, the defendant transmitted a true copy of this memorandum to Sandra Beckner, Assistant United States Attorney, Bank of America Center, Providence, RI 02903, via the ECF system.

/s/ Thomas G. Briody