**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**vs.** **CR. No. 06-60S**

**DAVID GALLAGHER**

## NOTICE OF APPEAL

Now comes David Gallagher, by and through counsel, and appeals the sentence imposed in the matter captioned above.

DAVID GALLAGHER
By his attorney,

_/s/ Thomas G. Briody_

R.I. Bar no. 4427
72 Pine Street
Providence, RI 02903
(401) 751-5151
(401) 331-7454 (facsimile)
Tbriodylaw@aol.com

## CERTIFICATION

The undersigned certifies that on this 25th day of May, 2007, the defendant transmitted a true copy of this memorandum to Sandra Beckner, Assistant United States Attorney, Bank of America Center, Providence, RI 02903, via the ECF system.

/s/ Thomas G. Briody